# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Kevin Wayne McDaniels *also known as Shawn C. Hall*,<br>*Plaintiff*<br>v.<br><br>Leon Lott *Sheriff For Richland Co in their individual and official capacities*; Tim Tucker *Det. For Sptg Sheriff Dept. In their individual and official capacities*; Phil Easler *Det. For Sptg Sheriff Dept. In their individual and official capacities*; Chuck Wright *Sheriff for Spartanburg Co. in their individual and official capacities*; Robert Hall *Public Defender for Sptg Co. in their individual and official capacities*; Barry Barnette *Solicitor For Sptg Co. in their individual and official capacities*; K. Markley Dennis *Circuit Court Judge in their individual and official capacities*; J. Durham Cole *Circuit Court Judge in their individual and official capacities*; Alan Wilson *S.C. Atty General in their individual and official capacities*,<br>*Defendants*. | )<br>)<br>)<br>)<br>)<br><br>Civil Action No. 7:19-cv-00507-TLW |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Kevin Wayne McDaniels, shall take nothing of the defendants, Leon Lott *Sheriff For Richland Co in their individual and official capacities*; Tim Tucker *Det. For Sptg Sheriff Dept. In their individual and official capacities*; Phil Easler *Det. For Sptg Sheriff Dept. In their individual and official capacities*; Chuck Wright *Sheriff for Spartanburg Co. in their individual and official capacities*; Robert Hall *Public Defender for Sptg Co. in their individual and official capacities*; Barry Barnette *Solicitor For Sptg Co. in their individual and official capacities*; K. Markley Dennis *Circuit Court Judge in their individual and official capacities*; J. Durham Cole *Circuit Court Judge in their individual and official capacities*; Alan Wilson *S.C. Atty General in their individual and official capacities*, and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, Senior United States District Judge, presiding, accepting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:   September 25, 2019                              ROBIN L. BLUME, CLERK OF COURT

                                                                             s/L. Baker
                                                        _____
                                                        *Signature of Clerk or Deputy Clerk*